**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

DEBBIE ANN CROSSLEY                                                                     PLAINTIFF

vs.                                                           CIVIL ACTION NO. 3:11-CV-556 HTW-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                            DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed.  After having considered the reasons set forth in the Report and Recommendation and there being no objection filed by the plaintiff, this court hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 14th day of August, 2013.**

                                                                        **s/ HENRY T. WINGATE                                  
                                                                        UNITED STATES DISTRICT JUDGE**